No. 602. EMPIRE STATE-IDAHO MINING AND DEVELOPING COMPANY, PETITIONER, *v.* KENNEDY J. HANLEY. March 7, 1904. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Ninth Circuit denied. *Mr.*

*George Turner* and *Mr. W. B. Heyburn* for petitioner. *Mr. John R. McBride* and *Mr. M. A. Folsom* for respondent.